O

JS - 6

cc: order, docket, remand letter to
San Bernardino Superior Court, Chino
No. UDCS 1100246

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HORIZON HOME LOANS, ITS ASSIGNEES AND/OR SUCCESSORS,<br><br>             Plaintiff,<br><br>   v.<br><br>GREG DENBY,<br><br>             Defendant. | Case No. EDCV 11-01187 DDP (DTBx)<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>[Motion filed on 8/10/11] |

    Presently before the court is Plaintiff's Motion to Remand. Because Defendant has not filed any opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

///

1  The hearing on Plaintiff's motion was set for September 12,
2  2011.  Defendant's opposition was therefore due by August 22, 2011.
3  As of the date of this Order, Defendant has not filed an
4  opposition, or any other filing that could be construed as a
5  request for a continuance.  Accordingly, the court deems
6  Defendant's failure to oppose as consent to granting the motion to
7  remand, and GRANTS the motion.
8  IT IS SO ORDERED.

Dated: August 31, 2011

DEAN D. PREGERSON
United States District Judge